**In the United States District Court
for the District of Kansas**

_____

No. 22-cr-40017-TC

_____

UNITED STATES OF AMERICA

v.

JOHN RICHARD BLANCHARD

_____

**MEMORANDUM AND ORDER**

On October 12, 2022, the United States moved pursuant to Rule 48 of the Federal Rules of Criminal Procedure for an order dismissing in the Indictment in the above-captioned case.  The Court finds good cause exists to dismiss the Indictment.  The Court further finds Christopher Joseph, counsel for the defendant, does not object.

For the reasons set forth above, the Government's motion to dismiss the Indictment, Doc. 21, is granted.

It is so ordered.

Date: October 12, 2022            __s/ Toby Crouse_____
                                  Toby Crouse
                                  United States District Judge